IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHEKKU ABU-BAKAR GBEMEH,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CASE NO:** |
| v. : | **7:25-cv-94–WLS** |
| : | |
| **ARE TELECOMMUNICATIONS, LLC,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## ORDER

On January 2, 2026, Defendant CUI Cable Services ("CUI") filed an Answer (Doc. 15) in the above-styled case. Pursuant to Local Rule 87, all nongovernmental corporate parties must file a Corporate Disclosure Statement with their initial pleading. M.D. Ga. L.R. 87. Per the Clerk's notice docketed January 2, 2026, CUI did not filed its Corporate Disclosure Statement at the time it filed its Answer.

Accordingly, CUI is hereby **ORDERED** to file a Corporate Disclosure Statement **no later than Monday, January 12, 2026.**

**SO ORDERED**, this 5th day of January 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1