## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

SHEKKU ABU-BAKAR GBEMEH,    :
    :
      **Plaintiff,**    :
    :       **CASE NO:**
   **v.**    :    **7:25-cv-94–WLS**
    :
ARE TELECOMMUNICATIONS, LLC,   :
*et al.,*    :
    :
      **Defendants.**    :
_____  :

## ORDER

On January 16, 2026, Defendant C.U. Employment, Inc. ("CUE"), filed a Motion for Partial Judgment on the Pleadings (Doc. 19) pursuant to Federal Rule of Civil Procedure 12(c) and a Memorandum in Support thereof (Doc. 20) (together "Motion for Partial Judgment"). Plaintiff Shekku Abu-Bakar Gbemeh is proceeding *pro se* in this action. The Court typically provides notice to *pro se* plaintiffs about how they may respond to a motion that may dispose of their action in whole or in part. Hence, in an effort to ensure and to afford Plaintiff adequate notice regarding the Motion for Partial Judgment, the Court issues the instant Order. *See generally Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985) (per curiam).

Judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure "is appropriate only when there are no material facts in dispute, and judgment may be rendered considering the substance of the pleadings and any judicially noticed facts." *Horsley v. Rivera*, 292 F.3d 695, 700 (11th Cir. 2002). Judgment on the pleadings is appropriate when the plaintiff can prove no set of facts in support of his claim which would entitle him to relief, accepting all the facts in the complaint as true and viewing them in the light most favorable to the plaintiff. *Moore v. Liberty Nat. Life Ins. Co.*, 267 F.3d 1209, 1213 (11th Cir. 2001).

Under the procedures and policies of this Court, motions for judgment on the pleadings are normally decided on briefs. Plaintiff may submit his arguments to this Court by filing a brief, not exceeding twenty pages, in opposition to the Motion for Partial Judgment.

1

M.D. Ga. L.R. 7.4. Furthermore, the Court's resolution of a motion for partial judgment on the pleadings could result in granting judgment against Plaintiff as to those claims addressed in the Motion for Partial Judgment and there would be no trial or further proceedings as to those claims.

As Plaintiff is proceeding *pro se*, the Court shall permit him an opportunity to file a Response to the Motion for Partial Judgment, if he so desires, within **twenty-one (21) days** of this Order or no later than **Wednesday, February 11, 2026**. Thereafter, the Court will consider CUE's Motion for Partial Judgment on the Pleadings (Doc. 19) and any opposition to the same filed by Plaintiff and issue its ruling.

Plaintiff is noticed that if CUE's Motion for Partial Judgment on the Pleadings is granted, Plaintiff's Complaint against CUE may be dismissed, in part, without further notice or proceeding. Plaintiff is further noticed that upon a timely written motion for a reasonable time to obtain counsel, the Court will consider the same before addressing the Motion for Partial Judgment on the Pleadings. Otherwise, Plaintiff is entirely responsible for filing a timely response to the Motion for Partial Judgment on the Pleadings as set out herein.

**SO ORDERED**, this 21st day of January 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**