**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

SHEKKU ABU-BAKAR GBEMEH,    :
    :
    **Plaintiff,**    :
    :    **CASE NO:**
v.    :    **7:25-cv-94–WLS**
    :
ARE TELECOMMUNICATIONS, LLC,    :
*et al.*,    :
    :
    **Defendants.**    :
_____    :

## <u>ORDER</u>

On February 24, 2026, Plaintiff filed a Motion for Leave to File Second Amended Complaint (Doc. 31) ("Motion"). The Motion was filed within the deadline set in the Court's Order (Doc. 30) entered February 23, 2026. "Generally speaking, . . . the law requires that a district court liberally grant motions for leave to amend the pleadings and deny such a motion only under certain circumstances." *Schorr v. Countrywide Home Loans, Inc.*, No. 4:07-CV-019 (WLS), 2013 WL 12214430, at \*2 (M.D. Ga. Jan. 31, 2013) (citing *Burger King Corp. v. Weaver*, 169 F.3d 1310 (11th Cir. 1999)). Further, because Plaintiff proceeds *pro se*, the Court construes her filings liberally. *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed.").

Nevertheless, the Defendants have not had the opportunity to respond to the Motion and the Court finds that a shortened response period is warranted.

Accordingly, on or before close of business on **Monday, March 2, 2026,** Defendants may file a response, if any, to the Motion, and the Court will take the Motion under consideration at that time.

**SO ORDERED**, this 26th day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**