**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

SHEKKU ABU-BAKAR GBEMEH,          :
                                 :
        **Plaintiff,**            :
                                 :              **CASE NO:**
   v.                            :              **7:25-cv-94–WLS**
                                 :
ARE TELECOMMUNICATIONS, LLC,     :
*et al.*,                        :
                                 :
        **Defendants.**          :
_____ :

## ORDER

Pending before the Court is Defendant C.U. Employment, Inc.'s Motion for Partial Judgment on the Pleadings (Doc. 19) ("Motion for Partial Judgment"). On March 10, 2026, Plaintiff filed his Second Amended Complaint (Doc. 34). Upon the filing of an amended complaint, pending motions with respect to the prior complaint become moot.

Accordingly, the Motion for Partial Judgment (Doc. 19) is **DENIED, AS MOOT, WITHOUT PREJUDICE**..

**SO ORDERED**, this 11th day of March 2026

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**