IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SHEKKU ABU-BAKAR GBEMEH,  :
            :
  **Plaintiff,**      :
            :    **CASE NO:**
 **v.**         :  **7:25-cv-94–WLS**
            :
ARE TELECOMMUNICATIONS, LLC, :
*et al.*,          :
            :
  **Defendants.**    :
_____ :

## ORDER

On March 24, 2026, *pro se* Plaintiff filed a Motion for Leave to File Third Amended Complaint (Doc. 39) ("Motion"). In addition to clarifying and adding factual allegations and refining legal claims Plaintiff seeks to add Ryan Zellner ("Zellner"), Vice President of Defendant ARE Telecommunications, LLC ("ARE"), as a named Defendant. Plaintiff also seeks to add claims for Conversion (Count VIII) and Unjust Enrichment (Count IX) against Zellner and ARE.[1] The Court finds that a shortened response period is warranted.

Accordingly, on or before close of business on **Monday, April 6, 2026,** Defendants may file a response, if any, to the Motion, and the Court will take the Motion under consideration at that time.

**SO ORDERED**, this 26th day of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Plaintiff states in the Motion that he does not assert wholly new or unrelated claims. However, this statement is incorrect as the Conversion and Unjust Enrichment claims are wholly new and any claims against Zellner or against all Defendants now state new claims against Zellner as he is named as a new Defendant.

1