**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

SHEKKU ABU-BAKAR GBEMEH,                :
                                                                         :
      **Plaintiff,**                                          :
                                                                         :                    **CASE NO:**
      **v.**                                                       :          **7:25-cv-94–WLS**
                                                                         :
ARE TELECOMMUNICATIONS, LLC,        :
*et al.*,                                                            :
                                                                         :
      **Defendants.**                                    :
_____        :

## <u>ORDER</u>

On April 16, 2026, just seven days after filing his Third Amended Complaint (Doc. 45), *pro se* Plaintiff filed a Motion for Leave to File Fourth Amended Complaint (Doc. 46) ("Motion"). In addition to clarifying and adding factual allegations "to provide a more precise and organized presentation of claims," Plaintiff seeks to add another Defendant, Charles Phillips ("Phillips"), who Plaintiff alleges acted as Plaintiff's supervisor. Plaintiff also seeks to add claims for (1) Fraud/Misrepresentation against all Defendants ARE Telecommunications LLC ("ARE"), C.U. Employment, Inc. ("CUE"), Mediacom Communications Corporation ("Mediacom"), Ryan Zellner ("Zellner") and Charles Phillips ("Phillips"); (2) Bailment against ARE, CUE, and Zellner; (3) and Intentional Infliction of Emotional Distress against all Defendants. The Court finds that a shortened response period is warranted.

Accordingly, on or before close of business on **Monday, April 27, 2026,** Defendants may file their response(s), if any, to the Motion. No further briefs shall be filed except upon the filing of a motion for good cause and with the Court's permission. This matter will be taken under consideration after the briefing period as ordered is closed.

**SO ORDERED**, this 20th day of April 2026.

                        **/s/W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**