**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **SHEKKU ABU-BAKAR GBEMEH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| v. | : | **7:25-cv-94–WLS** |
| | : | |
| **ARE TELECOMMUNICATIONS, LLC,** | : | |
| *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Before the Court is *pro se* Plaintiff's Motion to Effect Service Upon Defendant Ryan Zellner (Doc. 54). Therein, Plaintiff requests the Court direct the United States Marshals Service to effect service of Summons and the Third Amended Complaint (Doc. 45) on added Defendant Ryan Zellner. Plaintiff states Ryan Zellner can be served at: Ryan Zellner, c/o ARE Telecommunications LLC, 1223 Coronet Drive, Dalton, GA 30720. Plaintiff is proceeding in this action *in forma pauperis* under 28 U.S.C. § 1915.

Pursuant to the Federal Rules of Civil Procedure,

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 . . . .

Fed. R. Civ. P. 4(c)(3)

As noted above, Plaintiff has been authorized to proceed *in forma pauperis* in this action.

Accordingly, for good cause shown, Plaintiff's Motion to Effect Service Upon Defendant Ryan Zellner (Doc. 54) is **GRANTED**.

It is hereby **ORDERED** that service be made on Defendant Ryan Zellner by the United States Marshals Services. Defendant Ryan Zellner shall file an Answer, or other response as he deems appropriate under the Federal Rules and 28 U.S.C. § 1915. Defendant

Ryan Zellner is further reminded of the duty to avoid unnecessary service expenses, and the possible imposition of expenses for failure to waive service.

**SO ORDERED**, this 23rd day of June 2026

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2