**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **SHEKKU ABU-BAKAR GBEMEH,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ARE TELECOMMUNICATIONS, LLC,** *et al.*, <br><br> **Defendants.** | : | **CASE NO:** <br> **7:25-cv-94–WLS** |

## ORDER

Before the Court is *pro se* Plaintiff's Motion for Prompt Entry of Scheduling and Discovery Order with Prospective Deadlines or, Alternatively, for Scheduling Conference (Doc. 58) ("Motion"). Therein, Plaintiff requests the Court schedule discovery deadlines in this case.

Pursuant to the Local Rules of the Middle District of Georgia, the Court will order the parties to jointly develop a proposed scheduling/discovery order or report. M.D. Ga. L.R. 26A. To date, all parties have not been served and responsive pleadings have not been filed by all parties in this case. Therefore, entry of a scheduling/discovery order is not yet appropriate, but the order will be entered promptly once all parties have been served and filed responsive pleadings. The parties may engage in such discovery as they may voluntarily and mutually agree to prior to entry of a scheduling/discovery order. However, the Court will not entertain motions to compel or resolve disputes pertaining to such discovery prior to entry of a scheduling/discovery order.

Accordingly, Plaintiff's Motion (Doc. 58) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**, this 14th day of August 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**